**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00018-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  PATRICIA MATILDE GUTIERREZ-JUAREZ,

      Defendant.

---

**MINUTE ORDER**[1]

---

      A Notice of Disposition was filed on January 22, 2010.  A Change of Plea hearing and an immediately subsequent Sentencing hearing are set for **January 28, 2010**, at 9:00 a.m.  **Counsel for the parties shall deliver or e-mail a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**.  *See* D.C.COLO.LCrR 11.1C. If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.  On the date of the hearing, counsel shall then bring with them an original and one (1) copy of the plea agreement and the statement in advance. *See*  D.C.COLO.LCrR 11.1F.

      **IT IS FURTHER ORDERED** as follows:

      1.  That the telephonic setting conference set for February 9, 2010, is **VACATED** and **CONTINUED** pending further order of the court;

      2.  That the Trial Preparation Conference set for March 12, 2010, is **VACATED** and **CONTINUED** pending further order of the court;

      3.  That the jury trial set to commence on March 22, 2010, is **VACATED** and **CONTINUED** pending further order of the court; and

      4.  The U.S. Marshal shall assist in securing the appearance of the defendant at the Change of Plea and Sentencing hearings.

      Dated:  January 22, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.